UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 23, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PASIA VUE,

Defendant.

Case No. 2:18-mj-00102-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _PASIA VUE_,

Case No. _2:18-mj-00102-CKD_ Charge _21 USC § 841(a)(1) & (b)(1)(C)_, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000.00, co-signed Mai Kou Vou

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

Issued at Sacramento, California on May 23, 2018 at 4:30 p.m.

By: _/s/ Carolyn K. Delaney_

Magistrate Judge Carolyn K. Delaney